JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YUNITY, INC., *et al.*, <br><br> Defendants. | Case No.: CV 18-4653-DMG (Ex) <br><br> **ORDER RE DISMISSAL OF ACTION [40]** |

1

Pursuant to the stipulation between Plaintiff Star Fabrics, Inc. and Defendant Miss Avenue, Inc, and good cause appearing,

IT IS HEREBY ORDERED:

1. All claims against Defendant Miss Avenue, Inc. are dismissed with prejudice;

2. Because Plaintiff does not intend to file a motion for default judgment against Defendant Ouh's Trade, Inc., all claims against said defendant are dismissed;

3. As there are no remaining defendants, the above-captioned action is dismissed with prejudice, in its entirety;

4. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

5. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: April 29, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE